IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PENELOPE ELIZABETH BARNES                                        PLAINTIFF

vs.                                        CIVIL ACTION No.: 3:22-CV-692-HTW-RPM

COMMISSIONER OF SOCIAL SECURITY                                   DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr. **[Docket no. 17]**. In his Report and Recommendation, filed on August 12, 2024, Magistrate Judge Myers recommended that the Social Security Commissioner's decision denying Plaintiff's claim for supplemental social security income be affirmed. Magistrate Judge Myers directed the parties to file any objections to his recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 17]**, this court finds it well-taken. Magistrate Judge Myers carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed and thorough Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court and hereby DISMISSES this matter with prejudice.

SO ORDERED this the 31st day of October, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE